IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CR 84 MOC WCM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KARL STEPHEN FOX )<br>_____ ) | ORDER |

This matter is before the Court *sua sponte.*

On September 9, 2020, the undersigned conducted an initial appearance and an arraignment. The Government moved for pretrial detention. Defendant waived his right to an immediate hearing on that motion and the hearing was continued indefinitely for cause.

Upon reflection, and having reviewed the recording of the proceedings conducted on September 9, 2020, the undersigned notes that the issue of victim notification was not addressed.

Accordingly, the Government is **DIRECTED** to file a notice advising whether any alleged victims, or their family members or representatives as may be appropriate, have been advised of their rights pursuant to the Crime Victims' Rights Act and were notified of the proceedings conducted on September 9, 2020.

Signed: September 10, 2020

W. Carleton Metcalf
United States Magistrate Judge