UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cr-84-MOC-WCM-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **KARL STEPHEN FOX,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Unopposed Motion for Appointment of Second Chair Counsel. (Doc. No. 9). Having considered the motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Unopposed Motion to Appoint Second Chair (Doc. No. 9) is **GRANTED**, and Dustin Dow is **APPOINTED** as second chair defense counsel in this matter.

Signed: September 17, 2020

Max O. Cogburn Jr.
United States District Judge